**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Ricardo CORONA, Defendant–Appellant.**

No. 05–41590

**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 12, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Bowen W. Sutton, Law Offices of Bowen W. Sutton, San Antonio, TX, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Jose Ricardo Corona appeals the 37–month sentence imposed following his guilty-plea conviction for possession with intent to distribute in excess of 100 kilograms of marihuana. Corona argues for the first time on appeal that the district court erred by denying him a downward adjustment under the safety-valve provision in 18 U.S.C. § 3553(f) and U.S.S.G. § 5C1.2.

The safety valve allows for sentencing below the statutory mandatory minimum sentence when certain conditions are met. Because the district court applied the safety valve and sentenced Corona below the five-year statutory mandatory minimum sentence in 21 U.S.C. § 841(b)(1)(B), we affirm the district court's judgment.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.